IN THE UNITED STATES DISTRICT COURT

EASTERN DIVISION

THE COMMONWEALTH of VIRGINIA
(Mr. MARK DAVIS ; Mr. JAMES GILMORE
AND

VIRGINIA ATTORNEY GENERAL

AND ( WALLENS RIDGE)
@ ( RED ONION ST. PRISON(s) ( PRISONERS )  CURRENT
AND FORMER

MR. LONNIE MCDONOVAN (GHOLSON
AND

MR. ROBERT CAIN ;
AND

MR. STEVEN DELK ( AND )

MR. JAMES AUSTIN

MR. RICO HOLLADAY

MR. MIKE MARTIN
AND

MR. MCCOY (?)

MR. GILBERT JOHNSON

MR. MIKE WATTSON

AND

MR. TERRY MOORE

MR. HILL
AND

MR. VERON BELCHER ,

MR. MACK JEFFERSON ,
AND

MR. JAMAL KNIGHT ;

MR. DUE

Conditionally FILED
JAN - 4 2010
CLERK, US DISTRICT COURT
NORFOLK, VA

2:10cv5

RECEIVED
DEC 24 2009
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

( 1 )

MR. KEVIN CANNADY (?)
AND

MR. T. JACKSON

MR. SINCLAIR VANDERSON ;

MR. JOSH LEWIS

MR. SHAWN (?) CARTER
AND

MR. KEVIN JOHNSON

MR. JOSEPH MAHER

MR. T (?) SHAWN FORD

AND

MR. A GARLAND

MR. R. FISHER

AND

MR. COREY MADDOX ,

MR. J. BENSON

MR. CHARLES COATES

AND

MR. K. PEANELL

MR. MARK PEASE

AND

MR. JENKINS

MR. J. PLUMMER

MR. D. SNYPE

AND

MR. CREIGHTON

MR. T. (TROY(?) BOYD

MR. ERIC DEPAULA

AND

MR. SIMMONS

MR. FRED WILSON

MR. STEVEN WILLIS

AND

MR. WEBB

MR. RICHARD GOODE ,

( vi )

MR.      ROBERT    BUTLER

MR.   TERRY          ANDERSON

  AND

MR.      HARRY

MR.    ~~THOMAS~~   PORTER

MR M.     HUBERT   .

  AND

MR. T.    SEWARD

MR.  C.    HAYES

MR.    LEROY    SPRINGER

  AND

MR.    JONATHAN    CAMARO

MR. T (?)   MORGAN   ,   TIMOTHY

MR.    NORMAN        GOBOE

  AND

MR.        DANIEL      KNIGHT

MR.     FIELDS

  AND

MR.     DAVIS

MR.  AVERY      DANIELS

MR.   CHRIS    BRENNER

  AND

MR. O.   BARKSDALE   ,

MR. O.   SEAY

MR. P.   CAYTON   ;

  AND

MR.  GEORGE  SLAUGHTER

MR.  THOMAS   PORTER ( TAQWA   TIBON,   JIHAD

  AND

MR.  TIMOTHY   GRAVES (?)

  AND

MR.  BRIAN   BEATTY ;

MR.    RANKINS

MR.   JACOB   SHOUSE

MR.   TERENCE   SKELTON
AND

MRS  L.   HAMLETT

MR.   LAMONT   TURNER ,
AND

MR.   HENRY   GRAHAM ,

MR.  GERALD   McNABB ?
AND

MR.   HAROLD   CARPENTER ( " PHOTO "

MR.  KALIF   ABOUL   MATEEN
AND

MR.  M.   BURGESS ;

MRS  BRADLEY   MAXWELL
AND

MR . T.   TERRELL ;

MR.  CHRISTOPHER   COATES ;
AND

MR . W.   NOBLE ,

MR. S.   HUDSON
AND

MR .  GEORGE   GREEN ;

MR.  OSHEA   JACKSON ;
AND

MR .  LONNIE   LEE ,

AND

MR .  CLAUD   NOTTINGHAM ;

AND

MR . JOE   McMAHON

( 4.)

MR, DARCY   CANNADY ,

AND

MR,        BAULKNER (?)
MR, CHARLES   MOORE ,
MR,      TAYLOR
AND

MR,   WHITEHEAD ,

AND

MR, M,   STEVENS
MR,   LANE   ( FRED (?)
MR, IAN      JOHNSON
AND

MR,   FRED   WALLACE ,
MR, A,      WILSON ,
AND

MR,   DORIAN   HARRISON ,

AND

MR, WILLIAM      BENBOW ,
MR,      BOWLER
AND

MR, HAROLD   WHALLER (?)
MR,   JAMAL   S HIVERS ,
MR      BBROWN
AND

MR, CHRISTOPHER   ( CHAMBERS |   CHAMBLES ??)

AND

MR   GALLINGER ??,   GAALLINGER ??,
AND

MR,   LAMONT   DOUGLAS ,

( 5 )

AND

MR. LONNIE    LEE ;
MR.            NEWTON
   AND

MR.  THOMAS    GOODMAN

   AND

MR. D.    OSBORNE   ;
MR.         POTS
   AND

MR.  THOMAS    LANGSTON ,
MR. L.    JIGGETT   ,
   AND

MR.  DAVID    STRANGE ,

MR.      WASHINGTON
   AND

MR.   RICHARD    GOODE ;
MR.  LARRY    JOHNSON ,
   AND                    )

MR.  MICHEAL .  BRYANT ;


   AND
MR.  FRANK    SILVERSTONE (?)
      FRED

   AND

   DARRELL   RIDDICK

   AND .
MR.   ROBERT   OLIVER )

   AND

MR. BYRON   ARRINGTON ;

   AND
MR.   SPARROW (?)


                    PLAINTIFFS

      ( 6 )

VERSUS

THE COMMONWEALTH OF VIRGINIA ;

AND

THE VIRGINIA ATTORNEY GENERAL

( MR. MARK DAVIS ; MR. JAMES GILMORE ;

AND

THE COUNTY OF WISE ;

AND

MR. RONALD ANGELONE

AND

MR. GEORGE ALLEN ( UNITED STATES SENATOR ;

( FORMER VIRGINIA GOVERNOR )

AND

MR. WILLIAM ( BILL ) CLINTON ( JEFFERSON )

( FORMER UNITED STATES PRESIDENT )

AND

MR. JOHN (?) KILGORE ( CHIEF JUDGE ) ;

AND

MR. CARICO ( JUDGE )

AND

( 7 )

MR. ADRIAN COLLINS ( HEAD COMMONWEALTHS ATTORNEY );

AND

MS. RUTH HALE ( MAGISTRATE )

AND

MR. GENE JOHNSON (VA. DEPT. OF CORR (VDOC) DIRECTOR;

AND

MR. JOHN JABE ( VDOC. DEPUTY DIRECTOR )

AND

MR. GARY BASS ( VDOC, ADMINISTRATOR )

AND

MR. FRED SCHILLING (VDOC? MEDICAL DIRECTOR )

AND

MS. LINDA SHEAR ( VDOC, FOOD DIRECTOR )

AND

MR. CHRISTOPHER (?) SOTHERDEN ( VDOC. FIELD DIRECTOR ),

AND

MR. JOHN GARMAN (VDOC REGIONAL DIRECTOR ;

AND

MR. RICHARD YOUNG ( VDOC. ( FORMER REGIONAL DIRECTOR )

AND

MR. STAN YOUNG ( V.D.O.C. FORMER WARDEN

AND

MR. JERRY THOMENTROUT ( VA.O.C. FORMER ASSST. WARDEN );

AND

MR. DAVE (?) ROBINSON ( VDOC REGIONAL DIRECTOR );

AND

MR. TRACY S. RAY ( VDOC WARDEN ( ROSP )
RED ONION ST. PRISON

AND

MR. RICHARD ROWLETTE ( VDOC ASSST. WARDEN )
( ROSP )

AND

MS. SHERRY SHORTRIDGE, ( VDOC; OPERATIONS OFFICER )
( ROSP )

AND

MR. JAMES WADE ( VDOC; HEAD FOOD SUPERVISOR ;
( ROSP. )

AND

MR. HAMILTON ( VDOC\ROSP ) FOOD SUPERVISOR  );

AND

MR. OSBOURNE ( VDOC\ROSP ) FOOD SUPERVISOR  )

AND

MR. MARCO ( VDOC\ ROSP ) HEALTH\ SAFETY
( OFFICER )
DIRECTOR  )

( 9 )

AND

MS. DEBORAH MCKNIGHT ( FORMER VDOC/ ROSP HEAD

food SERVICE DIRECTOR )

AND

MS. CLARK ( VDOC/SRC / ROSP food

SUPERVISOR )

AND

MS. CAROLYN SALYERS ( VDOC /ROSP food SUPERVISOR ) ;

AND

MS. DALLENTUR (??) ( VDOC/ ROSP food SUPERVISOR )

AND

MS. CANTRELL ( VDOC/ ROSP food SUPERVISOR )

AND

MS. SPEARON ( VDOC/ ROSP (FORMER) food SUPERVISOR )

AND

MR. MARK ENGLEKE (?) ( VDOC food DIRECTOR )

AND;

CAPT. DOCKETT (VDOC / WRSP) WALLENS RIDGE ST. PRISON )

AND

MAJ. COMBS ( VDOC/WRSP )

( 10 )

AND

CAPT.     TAYLOR     ( VDOC \ WRSP \ ROSP

AND
CAPT.     GALLIHAR(?)     ( VDOC \ WRSP

AND
LT.     COMPTON     ( VDOC \ WRSP ( FORMER )

AND
SGT.     BENTLEY ( VDOC \ ROSP \ WRSP )
SGT.     HAMILTON ( VDOC \ WRSP )
LT. A. KILBOURNE ( VDOC \ ROSP \ WRSP )

AND
SGT,     ELAM     ( VDOC \ WRSP )

AND
SGT.     ANDERSON (?) ( VDOC \ WRSP )

AND
SGT,     OQUINN     ( VDOC \ WRSP     FORMER (?) )

AND
SGT,     MULLINS     ( VDOC \ WRSP )

AND
SGT, J.B, OQUINN ( VDOC \ WRSP \ ROSP \ FORMER )

AND

( 11 )

SGT. HILLIARY (?) ( VDOC ROSP )          FORMER

AND

CAPT. TUELLE          ( VDOC ) S.SP (1.) SUSSEX STATE          PRISON )
                      ( one )

AND

LT. RIDDICK ( VDOC ) S.SP (1.)

AND

LT. JAMES          ( VDOC ) S.SP (1.)

AND

MAS. GREENSFIELD          ( VDOC ROSP ( FORMER )

AND

MAS. KELLY CHRIS          ( VDOC ROSP          FORMER )

AND

LT. COX          ( FORMER ) VDOC ROSP )

AND

LT. FOWLER          ( FORMER ) VDOC ROSP )

AND

LT. SIMESWAY          ( VDOC WRSP )

AND

SGT. HEAD ( VDOC ROSP WRSP )

AND

CAPT. DWAYNE TURNER ( VDOC ROSP )

( 12. )

AND
CAPT, KEVIN MCCOY ; ( VDOC\ ROSP )

AND
CAPT. STACY MULLINS ( VDOC\ ROSP )

AND
LT, JOSEPH FARMAN ( VDOC\ ROSP )

AND
LT, TRAVIS MCCOY ( VDOC\ ROSP )

AND
LT, DELMER TATE ( VDOC\ ROSP )

AND
LT, BOB ROBENSON ( FORMER ) VDOC\ ROSP )

AND
SGT, JAMES SMITH ; ( VDOC\ ROSP )

AND
SGT, JAMES LYALL ; ( VDOC\ ROSP )

AND
SGT, WILLIAM WRIGHT ; ( VDOC\ ROSP ) ;
SGT, DANIEL MCCOWAN ( VDOC\ ROSP )
AND
SGT, DAMRON(MR.) ( FORMER VDOC\ ROSP ) ;

AND
SGT. TERRY WOODS ; ( FORMER VDOC\ ROSP ) ;

AND

(13)

SGT. \ C/O (CORR. OFFICER) MR. COUNTS ( VDOC \ WRSP \ ROSP )

AND

SGT. DEEL OTO ( FORMER ) ( VDOC \ ROSP )

AND

SGT. DWIGHT MOORE ; ( VDOC \ ROSP ) ;

AND

SGT, HARTSOCK ( VDOC \ ROSP )

SGT,

AND

SGT, RANDY MULLINS ( VDOC \ ROSP )

AND

C/O W, DAVIS ( VDOC \ ROSP )

AND

C/O BILLY LARGE ( VDOC \ ROSP )

AND

C/O MR. DYE ; ( VDOC \ ROSP )

AND

C/O TAYLOR ( VDOC \ ROSP ) ( FIELD TRAINING )

AND

C/O COMER ( VDOC \ ROSP ( FORMER )

AND

C/O TAYLER ( VDOC \ WRSP )

\ 14\

AND

C/O   RAMOY        BOYD  ( VDOC| ROSP |WRSP |                      )

AND

C/O  C.   CREECH           ( ~POC |   ROSP                    )

AND

C/O   STURGILL      ( ~DOC |WROSP            )
LW         SERRAC  ( VDOC |  WRSP          )
AND

C/O    LINGERFELT     ( VDOC|WROSP        )
C/O       SHOEMAKER  ( VDOC |WRSP      )
AND

C/O   MADDEN         ( ~ROC |   ROSP      )
C/O   KISER       ( VDOC |   ROSP  )
AND

C/O MR.   MILGRIM   ( VDOC |   ROSP  )


AND
C/O   N.  HILL        ( ~DOC |  ROSP  )


AND
C/O   SEXTON       ( VDOC |  ROSP  )


AND
C/O  OWENS  ( FORMER ( VDOC |  ROSP  )


AND
C/O    COUCH        ( FORMER  VDOC |  ROSP  )
AND
C/O  BLANKENSHIP   ( FORMER )  VDOC | ROSP  )

AND

( 15 )

C/O B. ELLIOTT   (VDOC\ RESP)

AND

C/O MS. ANGELA ELLIOTT  (VDOC\ RESP)

AND

C/O MS. N. BRITTON    (VDOC\ RESP)

AND

C/O WILLIAMS    (VDOC\RESP) FORMER)

AND

C/O WILLIAMS  (VDOC\ RESP)

AND

C/O TURNER   (VDOC\ RESP)

AND

C/O STROTH  (VDOC\ RESP)  FORMER )

AND
MRS. ESLWICK - TAYLOR (FORMER VDOC\ RESP )

AND
MS. FOUDA TAYLOR. (VDOC\ RESP) ( GRIEVANCE COORDINATOR )

AND
MS. ATHONA MULLINS ?. (VDOC\RESP) (GRIEVANCE COORDINATOR )

AND
MS. TERESA PEASE ( VDOC \ RESP) MAIL-ROOM

AND

( 16)

MS. S. BUNCH ( VDOC \ ROSP ) MAIL-ROOM

AND

MS. A. NIXTON ( VDOC \ ROSP ), ( GRIEVANCE COORDINATOR )

AND

MS. M. ROGERS ( VDOC \ ROSP ), ( GRIEVANCE COORDINATOR )

AND

MS. MISTY COUNTS ( VDOC \ ROSP ), ( ADJUSTMENT COMMITTEE )

MR. LARRY MULLINS ( VDOC \ ROSP ) ( ADJUSTMENT COMMITTEE )

AND

MS. P. SYKES ( VDOC \ ROSP ) COUNSELOR )

MRS. ~ONDA MULLINS ( VDOC \ ROSP ) LIBRARIAN )

AND

MS. TALYERS ( VDOC \ WRSP \ KMCC ( KEEN MOUNTAIN CORR. CENTER ) ADJUSTMENT COMMITTEE OFFICER ,

AND,

MR. HENSLEY ( JAMES(? ( VDOC \ WRSP ) ADJUSTMENT ( COMMITTEE )

AND

SGT. TONY ADAMS ( VDOC \ ROSP ) INVESTIGATOR )

AND

C/O RONALD BROWN ;

AND

C/O S. BROWN ;

AND

C/O D. ADAM ;

17

AND

C/O   S EXTON

AND

SGT.   ANDERSON

MR, DS,   HAPPY   SMITH ,                                              (   R.O.S.P,

AND

THE        VIRGINIA      SUPREME      COURT ,

AND

MR.     RICHARD     TAYLOR , ( CHIEF   PSYCHOLOGIST

                            AT   RED    ONION   ST.   PRISON ,

MR, DS,   WILLIAMS

AND

( DR,)
MR.    DICK  (           ( FORMER    PSYCHOLOGIST , AT

MR. (DR.)        HASAN (?)   ( PSYCHOLOGIST )   (ROSP, )
WALLENS    RIO
          RCC ( RED   ONION )  ST. PRISONS

AND

CO   MULLINS

AND

C/O   FLEMING

AND

LT. J.   HONAKER

AND

MR. SAMUEL     SEXTON ( ROSP, ( LAUNDRY    MANAGER  )

AND

MS, VIKI PHIPPS ( HEAD ( REGISTERED )  NURSE )

                    DEFENDANTS

                    ( 18 )

CASE        NUMBER:

PETITION    FOR    CIVIL (ACTION)    JUDGEMENT ;
( SUIT )

CRIMINAL ( ACTION ) ( WARRANTS )

AGAINST        DEFENDANTS ,

THIS    ACTION    IS    BEING    FILED    IN    THE    NAME

OF    THE    COMMONWEALTH    OF    VIRGINIA    PURSUANT

TO    FEDERAL | STATE    MANDATES )

- AGAINST    THE    ABOVE    NAMED    DEFENDANTS ,

THE    ABOVE    NAMED ( PLAINTIFFS\ PRISONERS )    ARE

WARDS    OF    THE    STATE    OF    VIRGINIA , AND    THERE

FORE    ARE    THIRD - PARTY    PLAINTIFFS    TO    THIS

ACTION ;

PLAINTIFFS    BESEECHES    THIS    HONORABLE    COURT    TO

GRANT    THEIR    PETITION    IN    THE    PURSUIT    OF

JUSTICE ;

5) THE PRISON REFORM ; TERRORIST ACT ( SIGNED BY MR. WILLIAM JEFFERSON CLINTON IN AROUND NINETEEN HUNDRED NINETY-SIX ) ABROGATES \ ARROGATES PRISONERS UNITED STATES CONSTITUTIONAL RIGHTS ;

00 PLAINTIFFS REQUEST TRIAL BY JURY ;

0 <CLAIM ONE >

5) DEFENDANTS PERPETUALLY COMMIT CRIMES AGAINST THE PLAINTIFFS,

SUCH AS " I.) LARCENY , II.) THEFT , III.) ROBBERY ; IV.) ASSAULT ; V.) FELONIOUS ASSAULT ; VI.) BODILY INJURY ; VII.) MALICIOUS WOUNDING ; VIII.) ABDUCTION ; IX.) AGGRAVATED MALICIOUS WOUNDING ; X.) ILLICIT USE OF FIRE ARMS , XI.) ATTEMPT MURDER ;

XI.)    LYING    FALSIFYING          STATE          DOCU-

MENTS ;


∅  {CLAIM    TWO }

    DEFENDANTS'    ACTIONS    HAVE    VIOLATED    THE

PLAINTIFF'S —

A.)  FIRST ,    FIFTH ,    EIGHTH ,    FOURTEENTH

    —

    —  AMENDMENT    RIGHTS    OF    THE    UNITED    STATES

CONSTITUTION ;

B.B.)    FEDERAL ,    STATUTORIAL

                                                RIGHTS ;

( § 53. ) ,  8.01-243 (§ 246          )

                        CODE    OF    VIRGINIA ;

c)

① THEY ARE LIABLE FOR MONEY DAMAGES ;

⑥ CLAIM THREE

④ DEFENDANTS (

)

FAILURE TO PROPERLY TRAIN ; SUPERVISE ;

REMIT ; REPRIMAND

RESULTED IN THEIR

KNAVES , PARA HAS

ARROGATING

PLAINTIFFS FEDERAL STATUTORIAL

RIGHTS .

( 22 )

THEY ARE __LIABLE__ FOR MONEY DAMAGES ?

__FACTS__ ;

1.) THE VIRGINIA ATTORNEY GENERAL , MR, MARK,

DANTS ; MR , JAMES CUMMORE ;

THE COMMONWEALTH'S ATTORNEY MR, ADRIAN COLLINS ;

JUDGE JOHN (?) KILGORE ; JUDGE CARICO ;

__CHIEF__ MAGISTRATE MS, RUTH HALE ; JUDGE OLIVER

STONE ; MR, RONALD ANGELONE , MR, GEORGE ALLEN ,
( FORMER DIRECTOR )  ( US, SENATOR )

MR, JAMES GARMAN , MR, JOHN JABE , MR, TRACY

( 23)

S. RAY, MR. RICHARD ROWLETTE, MS, SHERRY SHART-

RIDGE, MS. LYNDA SHEAR, MR. FRED SCHILLING;

ETC.,

REFUSED TO PROPERLY SUPERVISE; TRAIN; REPRI-

MAND, REMIT;

- THEIR KNAVES; VARLETS; IMPS

- B.) PROSECUTE ANY KNAVE, VARLET; PARIAH

DRUDGING FOR THE

COMMONWEALTH OF VIRGINIA;

( 24 )

2.) DEFENDANTS HAVE PLEDGED IN COLLUSION

TO; #) ABROGATE

ARROGATE PLAINTIFFS FEDERAL STATUTORIAL

RIGHTS ;

B.) COMMIT CRIMES AGAINST THE PLAINTIFFS ;

3.) " PRISONERS " ARE BARRED

FROM FILING ANY

ACTIONS AGAINST THE COMMONWEALTH'S OF VIRGINIA'S

KNAVES ; VARLETS ; PARIAHS

IN THE COURTS OF ;

A.) WISE COUNTY, VIRGINIA ;

B.) SUPREME COURT OF VIRGINIA ;

C.) UNITED STATES DISTRICT COURT ( ROANOKE,

VIRGINIA )

4.) DEFENDANTS  TORTURE ;  EXACERBATE ;  STARVES ;  ENJURES ;

AUSSAULTS ;  KILLS

PRISONERS ;

5.) THEY "FORCE" THEM (PRISONERS) TO SUFFER FROM

ACUTE ~A) MELANCHOLIA ; B.) SCHIZOPHRENIA ; C.) AGONY ;

D.) SUICIDAL  Thoughts ; E.) NAUSEA ; F.) NEUROSES ;

G.) PSYCHOSIS ; #.)IRE ;

6.) ALL  OUTSIDE  WINDOWS  ARE  CONCEALED  AND

SEALED ;

7.) CELL  DOOR  WINDOWS  ARE  CONCEALED  FOR/FROM

SEVEN ;  FORTY—FIVE ;  NINETY  (TEN)

DAYS  PERVERT  CHARGES ;

(0 WITH  ILLICIT  JACK FLAPS ; SINCE  TWO  THOUSAND

(26)
(36)

one in                                          WITHOUT   ANY        MANDATE;

8.) PRISONERS   ARE     GIVEN   INSUFFICIENT    TOGS;

CLOGS                           FOR     INCLEMENT  WEATHER;

Ai) THEY   ARE   GIVEN  in

i)  CLOTH , THIN     RUBBER   SOLE         CLOGS
                                CLOGS;

II.) THIN,  HOLEY      DILAPIDATED,  SQUALID,  SOILED.
               TOGS ,

DISRESPECTABLE

TOGS ;

III.) v NO  GLOVES,   BOOTS,  THERMAL  WEAR ;  SKULL

CAPS .

9.) THEY   ARE   PUT  INTO   DELUGE  -VALVE   CELLS
WHEN   NOT   WARRANTED .

10.) THEY   ARE   DENIED   SUFFICIENT  in  ITEMS  FOR;

( 27.8 in )

A.) <u>LEGAL</u> ;

B.) <u>HYGIENE</u> ;

C.) <u>CORRESPONDENCE</u> ,

D) THEY ARE <u>FORCED</u> <u>ONTO</u> HUNGER STRIKES TO

BE FURTHER <u>TORTURED</u> ; (A.) <u>STRIP - CELL</u> ; B) <u>AGUA</u>

<u>RESTRICTIONS</u> ;

E.) THEY ARE . <u>DENIED</u>

A.) <u>RADIOS</u> ; B.) <u>TV</u> <u>RADIOS</u> ; C.) <u>COSTAS</u> <u>WITH</u> <u>SYLPHS</u> ;

D.) <u>TYPE WRITERS</u> ; E.) <u>PAY PHONES</u> ; F.) THE INTER-

NET ; G.) <u>ADULT</u> (VIDEOS MOVIES; BOOKS , MAGAZINES etc.

; H.) <del>TABLE</del> <del>AY</del> CELLULAR PHONES ; I.) COM-

PACT DISKS ; J.) <del>HOLSTERS</del> AXES ; K.) <u>ALCOHOL</u> ;

J.) <u>MARIJUANA</u> ; K.) <u>DENIED</u> <u>PHOTOS</u> ( of LOVE

ONES , CROSSES ; etc)

13.) THE        ADJUSTMENT        COMMITTEE        IS        USED        TO

ABROGATE                    THE        UNITED        STATES        CONSTI-

TUTION ;

A.) THEY
(WE) ARE        GIVEN        UP        TO        FIFTEEN ,   THIRTY

DAYS        ISOLATION ;

◊ THEY ARE        DENIED        THE        SEG'S        ON        THIS .

I.)    VISITS     ;

II.)      OUTSIDE  ( MANDATED )    REC ;

III.)     ELECTRONICS ,

IV.)     TELEPHONE ; .

I.)       EMPORIUM        COMESTIBLES ,   ;

(29) ( 29 )

B) THEY     RECEIVE     THE     FOLLOWING ,, PERPETUAL( THIRTY)

S IXTY), NINETY          DAY  RESTRICTIONS   ,

I.)   TELEPHONE   ,

II.)   ELECTRONICS

III.)   VISITING

IV.)   COMMISSARY

C) THEIR    FUNDS    ARE   " DEFALCATED "

                                FOR ;

I.)  FINES

II.)   RESTITUTION ;

III.)   LOANS

D.) THEY ARE DENIED THE SEQUENCING AT THE

HEARING ~

I.) WITNESSES ;

II.) EVIDENCE ;

III.) THEIR ACCUSERS ;

14.) THE RESTRAINT POLICIES USED AS TORTURE:

A.) THEY ARENT PARTIALLY RELEASED FOR TO :

I.) DEFECATE ; II.) MASTICATE ; III.) EXCORIATE ;

IV.) LAVE ; V.) REPOSE ;

B.) THEY ARE DENIED ;

I.) ALL PROPERTY

II.) COMESTIBLES ; AGUA (RARELY) ;

III.) A MATTRESS                    SOMETIMES ;

IV.) (SAFETY) SECURITY   1) SMOCK ; 2) BLANKET

C) THEY ARE " PUT INTO " RESTRAINTS " AND" " NOT"

" RELEASED " WHEN MANDATED ;

15.) THEY ( PRISONERS ) ARE DENIED " ADEQUATE "

MEDICAL CARE ,

16.) THE PROTOCOL ISNT ADHERED TO FOR "

17.) ANGINA PECTORIS ;

18.) HUNGER STRIKES ;

(32)